

Entered on Docket
December 21, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE:<br>MARIA FERNANDEZ<br><br>Debtor<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtor** | Chapter 13<br>BKS-10-29621-MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |
|---|---|

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on December 02, 2010.

. . .

. . .

. . .

1

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7
/s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: December 14, 2010
9  (tsw)